ETHEL VOORHEES, EXECUTRIX OF THE ESTATE OF ETHEL CATHERINE THOMAS, DECEASED, PLAINTIFF-RESPONDENT, v. THOMAS THOMAS, DEFENDANT-APPELLANT.

Submitted May 8, 1929—Decided June 21, 1929.

Before Justices PARKER, BLACK and BODINE.

For the plaintiff-respondent, *Frank J. Backes.*

For the defendant-appellant, *George Gildea.*

PER CURIAM.

This was an action of replevin instituted in the District Court of the city of Trenton. The judgment is assailed on two grounds—*first,* that there was no proof as to the value

of the goods in question, and *second,* that since the possession of the defendant was not unlawfully taken that there was no proof of a demand for their return having been made. The record does show that there was evidence as to the value of the goods in question, and that a written demand for their return was made before the action was commenced.

The judgment should be affirmed.